IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

vs.

**MARCUS M. SKINNER,**

**Defendant.**                                                  No. 05-CR-30032-DRH

<u>**ORDER**</u>

**HERNDON, District Judge:**

Now before the Court is Defendant Marcus Skinner's motion to continue this cause. (Doc. 14). Skinner asks to continue the trial in order to have more time to negotiate a plea agreement with the Government. His counsel also advises the Court that Skinner has a complaint about him which has not been resolved, and which is serious enough to warrant involvement of his supervisor.

The Court being fully advised in the premises finds pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial. Therefore, the Court **GRANTS** Skinner's motion to continue. (Doc. 14). The Court **CONTINUES** the jury trial scheduled for Monday, May 2, 2005 at 9:00 a.m. to

**Monday, June 13, 2005 at 9:00 a.m.**  The time from the date the original motion was filed, April 26, 2005, until the date to which the trial is rescheduled, June 13, 2005, is excludable time for the purposes of speedy trial.

    **IT IS SO ORDERED.**

    Signed this 27th day of April, 2005.

                                            /s/    David RHerndon
                                            **United States District Judge**