IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**MARCUS M. SKINNER,**

**Defendant.**                                                       No. 05-CR-30032-DRH

## ORDER

**HERNDON, District Judge:**

Now before the Court is the Office of the Federal Public Defender's Motion to Withdraw as attorney of record for Defendant Marcus M. Skinner (Doc. 17). In support of the motion, Daniel Cronin, the Assistant Federal Public Defender presently representing Defendant Skinner, tells the Court that neither he nor First Assistant Federal Public Defender Renee E. Schooley have been able to resolve Skinner's complaints in connection with Mr. Cronin's representation, and that Skinner has asked for a different attorney. Mr. Cronin informs the Court that a breakdown in meaningful communication has occurred, necessitating the appointment of substitute counsel from outside the Office of the Federal Public Defender.

Accordingly, due to the conflict between the Defendant and his counsel and in the interest of justice, the Court **GRANTS** the Office of the Federal Public Defender's Motion to Withdraw (Doc. 17) and **APPOINTS** Criminal Justice Panel attorney Grant J. Shostak, 8015 Forsyth Blvd., St. Louis, Missouri 63105, to represent Defendant Skinner in this matter, **18 U.S.C. § 3006A**.

**IT IS SO ORDERED.**

Signed this 11th day of May, 2005.

/s/   David RHerndon
**United States District Judge**